## CASE NO. 14-13-01043-CR

To the court of Criminal Appeals of Texas

Tony Merlos , Appellant

V.

The State of Texas, Appellee

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 1 4 2015

Abel Acosta, Clerk

\* \* \* \* \* \* \* \*

APPELLANT'S PETITION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \*

From The Fourteenth Court of Appeals,
ON Appeal from the 155th District court,
Austin County, Texas
Trial court Cause NO. 2011R-0105

FILED IN
COURT OF CRIMINAL APPEALS

JAN 1 4 2015

Abel Acosta, Clerk

TO The HONORABlE court of Criminal Appeals of Texas:
comes Now Tony Merlos, Appellant, And Respectfully
Ask This court to GRANT AN Extension of Time

## : REASON of FActs:

The Memorandum Opinion was filed ON November 25, 2014,
I Just Received Notice of the Opinion ON
December 17, 2014 And My 30 Days To Appeal will Soon
Be over, I Did Not hAve ENough Time to file My
Response, I Just Received this order from My
Attorney ON 12-17-2014.

1

PRAY FOR RELIEF

With Respect To This Honorable court of Appeals of Texas, I AM Not AN Attorney, NOR Have Knowledge of CASE LAW, But Ask that This Petition for Extension of Time Be GRANTED So That I MAY SEEK Legal counsel to help ME IN Filing A Response To this Matter.

Appellant Prays That This Petition Be Granted.

Respectfully Submitted

Tony Merlos   Pro-se
TDCJ # 01886890
Wynne Unit 810 FM 2821
Huntsville Tx, 77349

x   Tony Merlos
Signed ON 23 Day of December ,2014
Please Respond to the Above Address.